# Exhibit "A"

*Purchase of Defendant's product on April 19, 2021, showing Plaintiff's brand on receipt.*



# Exhibit "B"

# FORMAT

## MCS Industries, Inc.

USPTO Trademarks (https://uspto.report/TM/) › MCS Industries, Inc. (https://uspto.report/company/Mcs-Industries-Inc) ›

/ Format Application #76517486 (https://uspto.report/TM/76517486/)



### DeedGuard Secure Document

Pay Once - No Monitoring

deedguard.com                    OPEN

Application Filed: 2003-05-16 (2003-05-16)

Trademark Application Details



Reserve
Collection
Botanical Tie

$25

Jos. A. Bank
Slim Fit Tonal
Floral Pattern
Dinner Jacket

$139
$129

Jos. A.
Slim Fi
Floral
Dinner

$1

| Status | 800 | Live/Registered |
|--------|-----|-----------------|

⟳ Refresh

(/TM/76517486/refresh)

REGISTERED AND RENEWED

| Research | (https://en.wikipedia.org/w/index.php?search=%22FORMAT%22) (https://twitter.com/search?q=%22FORMAT%22) (https://nitter.domain.glass/search?f=tweets&q=%22FORMAT%22) (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en &text=FORMAT) (https://www.wolframalpha.com/input/?i=FORMAT) OneLook (https://www.onelook.com/?w=%22FORMAT%22) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx? Acronym=%22FORMAT%22&string=exact) |
|---|---|
| Serial Number | 76517486 |
| Registration Number | 2814896 |
| Mark Drawing Code | 1000: Typeset: Word(s)/letter(s)/number(s) |
| Attorney Name | Andrew B. Katz |
| Attorney Docket Number | MCS-TM9 |
| Law Office Assigned | M30 |
| Employee Name | SPRUILL, DARRYL M |

-9%          -20%          -29%          -14%          -14%

## Timeline

| 1992-00-00 | Date of First Use |
|---|---|
| 2003-05-16 | Application Filed |
| 2003-11-25 | Published for Opposition |
| 2004-02-17 | Trademark Registered |
| 2014-02-17 | Renewal Date |
| 2014-02-21 | Location: GENERIC WEB UPDATE |
| 2014-02-21 | Status: Live/Registered |
| 2018-07-08 | Transaction Date |



## Trademark Applicants & Owners

| | |
|---|---|
| Owner: |  MCS Industries, Inc. (/company/Mcs-Industries-Inc) |
| Address | 2280 Newlins Mill Road Easton PA 18045 |
| Legal Entity Type | Corporation |
| Legal Entity State | PA |

## Documents

Click the blue "Refresh" button to load certificates, specimines, application, and other documents.

## Attorney of Record

Andrew B. Katz
BELLES KATZ LLC
1608 Walnut Street, Suite 1302
Philadelphia PA 19103

Ad

## Good, Services, and Codes

Case: 1:22-cv-04216 Document #: 18-1 Filed: 07/07/22 Page 7 of 45 PageID #:232

| | | |
|---|---|---|
| International Codes: | 20 | |
| U.S. Codes: | 002,013,022,025,032,050 | |

| Type Code | Type |
|---|---|
| GS0201 | picture frames |

## Trademark Filing History

| Description | Date | Event Coding |
|---|---|---|
| ASSIGNED TO EXAMINER | 2003-09-27 | 1 DOCK D:Assigned to Examiner |
| APPROVED FOR PUB - PRINCIPAL REGISTER | 2003-09-27 | 2 CNSA O:Outgoing Correspondence |
| NOTICE OF PUBLICATION | 2003-11-05 | 3 NPUB O:Outgoing Correspondence |
| PUBLISHED FOR OPPOSITION | 2003-11-25 | 4 PUBO A:Allowance for Publication |
| REGISTERED-PRINCIPAL REGISTER | 2004-02-17 | 5 R.PR A:Allowance for Publication |
| TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 2009-08-21 | 6 REAP I:Incoming Correspondence |
| ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 2009-08-21 | 7 ARAA I:Incoming Correspondence |
| TEAS SECTION 8 & 15 RECEIVED | 2010-02-01 | 8 E815 I:Incoming Correspondence |
| CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 2010-02-10 | 9 APRE A:Allowance for Publication |
| REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 2010-02-10 | 10 C15A O:Outgoing Correspondence |
| TEAS CHANGE OF CORRESPONDENCE RECEIVED | 2011-02-16 | 11 TCCA I:Incoming Correspondence |
| TEAS SECTION 8 & 9 RECEIVED | 2014-02-07 | 12 E89R I:Incoming Correspondence |
| CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 2014-02-21 | 13 APRE A:Allowance for Publication |
| REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 2014-02-07 | 14 89AF I:Incoming Correspondence |
| REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 2014-02-21 | 15 89AG O:Outgoing Correspondence |
| REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 2014-02-21 | 16 RNL1 Q: |
| NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | 2014-02-21 | 17 NA89 E:E-Mail |
| NOTICE OF SUIT | 2017-01-27 | 18 NOSU I:Incoming Correspondence |
| NOTICE OF SUIT | 2017-01-27 | 19 NOSU I:Incoming Correspondence |
| NOTICE OF SUIT | 2017-06-20 | 20 NOSU I:Incoming Correspondence |
| NOTICE OF SUIT | 2017-06-20 | 21 NOSU I:Incoming Correspondence |

| TEAS CHANGE OF CORRESPONDENCE RECEIVED | 2017-09-14 | 22 TCCA I:Incoming Correspondence |
|---|---|---|

## Similar Marks

| Mark Image | Registration \| Serial | Company | Trademark Application Date |
|---|---|---|---|
| (/TM/90018993) | 90018993 \| not registered \| Live/Pending | Elysium Health, Inc.(/TM/90018993) | 2020-06-24 |
| FORMAT | | | |
| (/TM/88659951) | 88659951 \| not registered \| Live/Pending | Millenia Concepts Inc.(/TM/88659951) | 2019-10-18 |
| FORMAT | | | |
| (/TM/88260577) | 88260577 \| not registered \| Live/Pending | Expressway Productions, LLC.(/TM/88260577) | 2019-01-14 |
| FORMAT | | | |
| (/TM/87502047) | 87502047 \| not registered \| Live/Pending | ELYSIUM HEALTH, INC.(/TM/87502047) | 2017-06-22 |
| FORMAT | | | |
| (/TM/87152023) | 87152023 \| 5171344 \| Live/Registered | PULP PACKAGING, INC.(/TM/87152023) | 2016-08-26 |
| FORMAT | | | |
| (/TM/86759342) | 86759342 \| not registered \| Dead/Abandoned | PERMANENT SYNDICATE INC.(/TM/86759342) | 2015-09-17 |
| FORMAT | | | |
| (/TM/86102437) | 86102437 \| 4827648 \| Live/Registered | IdeaForm Inc.(/TM/86102437) | 2013-10-26 |
| FORMAT | | | |
| (/TM/85725676) | 85725676 \| 4374995 \| Live/Registered | SAUL SERNA(/TM/85725676) | 2012-09-11 |
| FORMAT | | | |

| | | | | | |
|---|---|---|---|---|---|
| (/TM/85466857) | 85466857 | 4200085 | Live/Registered | Becker Designed, Inc.(/TM/85466857) | 2011-11-08 |
| FORMAT | | | | | |
| (/TM/79277231) | 79277231 | not registered | Live/Pending | Limited liability company AutoFides(/TM/79277231) | 2019-11-11 |
| FORMAT | | | | | |
| (/TM/79054085) | 79054085 | not registered | Dead/Abandoned | Space LLC(/TM/79054085) | 2008-05-06 |
| FORMAT | | | | | |
| (/TM/79027401) | 79027401 | 3329647 | Live/Registered | format Tresorbau GmbH & Co. KG(/TM/79027401) | 2006-05-04 |
| FORMAT | | | | | |
| (/TM/78853046) | 78853046 | 3341806 | Live/Registered | LIANG, JIANXIONG(/TM/78853046) | 2006-04-03 |
| FORMAT | | | | | |
| (/TM/78853046) | 78853046 | 3341806 | Live/Registered | IGNATYEV, ALEKSANDR(/TM/78853046) | 2006-04-03 |
| FORMAT | | | | | |
| (/TM/78319244) | 78319244 | not registered | Dead/Abandoned | Waitesmith, Matthew(/TM/78319244) | 2003-10-27 |
| FORMAT | | | | | |
| (/TM/76717408) | 76717408 | not registered | Dead/Abandoned | Millenia Concepts Inc.(/TM/76717408) | 2014-12-29 |
| FORMAT | | | | | |
| (/TM/76704597) | 76704597 | 4035197 | Live/Registered | ROFFE ACCESSORIES, INC.(/TM/76704597) | 2010-08-30 |
| FORMAT | | | | | |
| (/TM/76695628) | 76695628 | not registered | Dead/Abandoned | MILLENIA CONCEPTS INC.(/TM/76695628) | 2009-02-06 |
| FORMAT | | | | | |
| (/TM/76665349) | 76665349 | 3319193 | Dead/Cancelled | Cellective Case, Inc.(/TM/76665349) | 2006-08-29 |
| FORMAT | | | | | |
| FORMAT   (/TM/76517486) | 76517486 | 2814896 | Live/Registered | MCS Industries, Inc.(/TM/76517486) | 2003-05-16 |
| (/TM/76092212) | 76092212 | not registered | Dead/Abandoned | Gordon & Ferguson of Delaware, Inc.(/TM/76092212) | 2000-07-20 |
| FORMAT | | | | | |
| (/TM/76092202) | 76092202 | 2464020 | Dead/Cancelled | GORDON & FERGUSON, INC.(/TM/76092202) | 2000-07-20 |
| FORMAT | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| (/TM/75064466) | 75064466 | 2102164 | Dead/Cancelled | Items International, Inc.(/TM/75064466) | 1996-02-27 |
| FORMAT | | | | | |
| (/TM/74729422) | 74729422 | 1990108 | Dead/Cancelled | GORDON & FERGUSON, INC.(/TM/74729422) | 1995-09-15 |
| FORMAT | | | | | |
| (/TM/74729421) | 74729421 | not registered | Dead/Abandoned | Format, Inc.(/TM/74729421) | 1995-09-15 |
| FORMAT | | | | | |
| (/TM/74729420) | 74729420 | not registered | Dead/Abandoned | Format, Inc.(/TM/74729420) | 1995-09-15 |
| FORMAT | | | | | |
| (/TM/74729419) | 74729419 | not registered | Dead/Abandoned | Format, Inc.(/TM/74729419) | 1995-09-15 |
| FORMAT | | | | | |
| (/TM/74285622) | 74285622 | 2002041 | Live/Registered | ROFFE ACCESSORIES, INC.(/TM/74285622) | 1992-06-17 |
| FORMAT | | | | | |
| (/TM/74244508) | 74244508 | not registered | Dead/Abandoned | M.A. SPORT INTERNATIONAL, INC.(/TM/74244508) | 1992-02-10 |
| FORMAT | | | | | |
| (/TM/73591487) | 73591487 | not registered | Dead/Abandoned | FORMAT SOFTWARE GMBH(/TM/73591487) | 1986-04-03 |
| FORMAT | | | | | |
| (/TM/73591484) | 73591484 | not registered | Dead/Abandoned | FORMAT SOFTWARE GMBH(/TM/73591484) | 1986-04-03 |
| FORMAT | | | | | |
| (/TM/73586824) | 73586824 | 1414479 | Dead/Cancelled | POLESTAR INFORMATION NETWORK, INC.(/TM/7358682 4) | 1986-03-07 |
| FORMAT | | | | | |
| (/TM/73533121) | 73533121 | not registered | Dead/Abandoned | PROMOCOMM LTD.(/TM/73533121) | 1985-04-19 |
| FORMAT | | | | | |
| (/TM/73528776) | 73528776 | 1378205 | Dead/Cancelled | M.A. SPORT INTERNATIONAL, INC.(/TM/73528776) | 1985-03-25 |
| FORMAT | | | | | |
| (/TM/73080222) | 73080222 | 1049008 | Dead/Cancelled | Intercollegiate Broadcasting System, Inc.(/TM/73080222) | 1976-03-15 |
| FORMAT | | | | | |
| (/TM/72306193) | 72306193 | 0876186 | Dead/Expired | WELLA CORPORATION, THE(/TM/72306193) | 1968-08-28 |
| FORMAT | | | | | |

| (/TM/71633098) | 71633098 | 0602381 | Dead/Expired | CHAMPION PAPER AND FIBRE COMPANY, THE(/TM/7163 1952-07-26 3098) |

FORMAT

| (/TM/71406915) | 71406915 | 0361275 | Dead/Expired | CHAMPION PAPER AND FIBRE COMPANY, THE(/TM/7140 1938-05-31 6915) |

FORMAT

© 2021 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | (/tm.rss) | (https://twitter.com/trademarktrader)

# Exhibit "C"

**Registration #:** TX0008958649
**Service Request #:** 1-10388702481



Belles Katz, LLC
Lisa Peller London
1800 John F Kennedy Blvd.
Ste. 1010
Philadelphia, PA 19103 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## TX 8-958-649

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 04, 2021

## Title

|  |  |
|---|---|
| **Title of Work:** | Easel Twist Format Instruction (English) |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 28, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | MCS Industries, Inc. |
| **Author Created:** | text, artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | MCS Industries, Inc. |
|  | 2280 Newlins Mill Road, Easton, PA, 18045, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Belles Katz, LLC |
| **Name:** | Lisa Peller London |
| **Email:** | trademarks@thebellesgroup.com |
| **Telephone:** | (215)735-9302 |
| **Alt. Telephone:** | (267)952-2059 |
| **Address:** | 1800 John F Kennedy Blvd. |
|  | Ste. 1010 |
|  | Philadelphia, PA 19103 United States |

# Exhibit "D"

**Registration #:** TX0008955192
**Service Request #:** 1-10388635131



Belles Katz, LLC
Lisa Peller London
1800 John F Kennedy Blvd.
Ste. 1010
Philadelphia, PA 19103 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## TX 8-955-192

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
April 21, 2021

---

## Title

**Title of Work:** Ramp Easel Format Instructions

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 28, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** MCS Industries, Inc.
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** MCS Industries, Inc.
2280 Newlins Mill Road, Easton, PA, 18045, United States

## Rights and Permissions

**Organization Name:** Belles Katz, LLC
**Name:** Lisa Peller London
**Email:** trademarks@thebellesgroup.com
**Telephone:** (215)735-9302
**Alt. Telephone:** (267)952-2059
**Address:** 1800 John F Kennedy Blvd.
Ste. 1010
Philadelphia, PA 19103 United States

Page 1 of 2

# Exhibit "E"

## Format Frame Instructions.
## Instructions For Use – To insert photo or artwork:

This is a front loading frame with easy to handle polished edge glass.

1. Firmly grasp frame (glass/front side toward you) with both hands positioned close together on both sides of the corner (fig. 1).
2. Position thumbs close together on corner and apply gentle, even pressure to push frame sides outward and down while at the same time pressing backing board on back of frame upward with finger tips to unseal glass.
3. Repeat procedure for each corner until glass is free from frame.
4. Once glass is removed, insert photo or artwork gently through frame front.
5. Position frame face up-replace glass and apply gentle pressure on each corner until glass seats itself within frame.



**To Use Easel Back; 4 in x 4 in / 4 in x 6 in / 4 in x 12 in / 5 in x 7 in / 8 in x 10 in / 10 in x 10 in / 8 ½ in x 11 in / Frames**
*(Frames larger than 8 ½ x 11 in do not have easel backs.)*

1. Twist easel to remove from frame (fig. 2).
2. Position the easel above the slot and align as shown. Push down and insert the tab into the slot (fig. 3).
3. Push easel forward in slot until it touches the edge (fig. 4).
4. Twist the easel as shown until it clicks into place. (fig. 5)
5. To remove easel, twist the easel sideways to disengage, then pull back.






## Instrucciones para marco Format®
## Modo de empleo - Para insertar una foto o una obra de arte:

Este marco que tiene una carga frontal está equipado con una placa de vidrio con borde pulido fácil de utilizar.

1. Agarre firmemente el borde del marco (con la placa de vidrio / lado frontal dirigido hacia Ud.) con ambas manos colocadas juntas, sobre ambos lados de la esquina (Fig.1).
2. Coloque los pulgares colocados juntos sobre la esquina el borde y aplique una presión suave y uniforme, para empujar los lados del marco hacia afuera y hacia abajo; a la vez con las puntas de los dedos hacia arriba, aplique una presión sobre el panel de soporte en la parte trasera del marco, para desenganchar la placa de vidrio.

# Exhibit "F"

COMPANY INFO

# Company Profile

The Michaels Companies, Inc. is the largest arts and crafts specialty retailer in North America (based on store count) providing materials, project ideas and education for creative activities. Our vision is to inspire and enable customer creativity, create a fun and rewarding place to work, foster meaningful connections with our communities, and lead the industry in growth and innovation.

We operate more than 1,250 Michaels stores in 49 states and Canada. Additionally, we serve customers through various digital platforms including Michaels.com, consumercrafts.com and aaronbrothers.com. The Michaels Companies, Inc., also owns Artistree, a manufacturer of high-quality custom and specialty framing merchandise.

We believe anyone can make, and we're on a mission to inspire and encourage everyone to unleash his or her inner maker. With crafting classes, store events, project sheets, store displays, mobile applications and online videos, we offer a shopping experience that can inspire creativity and build confidence in our customers' artistic abilities.

# Industry Classifications

**Sector**

Consumer Cyclical

**Industry**

Retail - Apparel & Specialty

**NAICS**

Department Stores (except Discount Department Stores) (452111)

**SIC**

Department Stores (5311)

# Our Leadership

# Frequently Asked Questions

Browse our commonly asked investor-related questions

# IR Contacts

View common investor-related contact information

© 2021 All Rights Reserved.

Market Data copyright © 2021 . Data delayed 15 minutes unless otherwise indicated (view for all exchanges). RT=Real-Time, EOD=End of Day, PD=Previous Day. Market Data powered by . .

# Exhibit "G"

# TRENDSETTER

## MCS Industries, Inc.

USPTO Trademarks (https://uspto.report/TM/) › / MCS Industries, Inc. (https://uspto.report/company/Mcs-Industries-Inc) ›
/ Trendsetter Application #77730677 (https://uspto.report/TM/77730677/)

Application Filed: 2009-05-06 (2009-05-06)

Trademark Application Details



# TRENDSETTER

| | | |
|---|---|---|
| Status | 800 | Live/Registered |

[⟳ Refresh] (/TM/77730677/refresh)

REGISTERED AND RENEWED

| Research | (https://en.wikipedia.org/w/index.php?search=%22TRENDSETTER%22) (https://twitter.com/search?q=%22TRENDSETTER%22) (https://nitter.domain.glass/search?f=tweets&q=%22TRENDSETTER%22) (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en&text=TRENDSETTER) (https://www.wolframalpha.com/input/?i=TRENDSETTER) OneLook (https://www.onelook.com/?w=%22TRENDSETTER%22) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx?Acronym=%22TRENDSETTER%22&string=exact) |
|---|---|
| Serial Number | 77730677 |
| Registration Number | 3718446 |
| Mark Drawing Code | 4000: Illustration: Drawing with word(s)/letter(s)/number(s) in Block form |
| Attorney Name | Lisa Peller London |
| Attorney Docket Number | MCS-TM11 |
| Law Office Assigned | M10 |
| Employee Name | CASTRO, GIANCARLO |



## Timeline

| | |
|---|---|
| 1990-12-31 | Date of First Use |
| 2009-05-06 | Application Filed |
| 2009-09-15 | Published for Opposition |
| 2009-12-01 | Trademark Registered |
| 2019-12-01 | Renewal Date |
| 2020-01-02 | Location: GENERIC WEB UPDATE |
| 2020-01-02 | Status: Live/Registered |
| 2020-01-02 | Transaction Date |



## Trademark Applicants & Owners

| | |
|---|---|
| Owner: | MCS Industries, Inc. (/company/Mcs-Industries-Inc) |
| Address | 2280 Newlins Mill Road Easton PA 18045 |
| Legal Entity Type | Corporation |
| Legal Entity State | PA |

**Insane $89 Mini Portable AC**

This thing turn my room into an icebox quicker th other AC

Cool Summer Tips      Shop N

## Documents

Click the blue "Refresh" button to load certificates, specimines, application, and other documents.

## Attorney of Record

Lisa Peller London
BELLES KATZ LLC
337 S. 18th Street
Philadelphia, PA 19103

**Insane $89 Mini Portable AC**

Did you know there's a new portable AC the size car battery that can refrigerate any

Cool Summer Tips      Shop N

## Good, Services, and Codes

| International Codes: | 20 |
| --- | --- |
| U.S. Codes: | 002,013,022,025,032,050 |

| Type Code | Type |
| --- | --- |
| GS0201 | Picture frames |

## Trademark Filing History

| Description | Date | Event Coding |
|---|---|---|
| NEW APPLICATION ENTERED IN TRAM | 2009-05-09 | 1 NWAP I:Incoming Correspondence |
| NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 2009-05-12 | 2 NWOS I:Incoming Correspondence |
| ASSIGNED TO EXAMINER | 2009-07-31 | 3 DOCK D:Assigned to Examiner |
| APPROVED FOR PUB - PRINCIPAL REGISTER | 2009-08-03 | 4 CNSA O:Outgoing Correspondence |
| ASSIGNED TO LIE | 2009-08-11 | 5 ALIE A:Allowance for Publication |
| LAW OFFICE PUBLICATION REVIEW COMPLETED | 2009-08-11 | 6 PREV O:Outgoing Correspondence |
| NOTICE OF PUBLICATION | 2009-08-26 | 7 NPUB O:Outgoing Correspondence |
| PUBLISHED FOR OPPOSITION | 2009-09-15 | 8 PUBO A:Allowance for Publication |
| REGISTERED-PRINCIPAL REGISTER | 2009-12-01 | 9 R.PR A:Allowance for Publication |
| TEAS CHANGE OF CORRESPONDENCE RECEIVED | 2011-02-16 | 10 TCCA I:Incoming Correspondence |
| TEAS SECTION 8 & 15 RECEIVED | 2015-11-30 | 11 E815 I:Incoming Correspondence |
| CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 2016-02-06 | 12 APRE A:Allowance for Publication |
| REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 2016-02-06 | 13 C15A O:Outgoing Correspondence |
| NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | 2016-02-06 | 14 NA85 E:E-Mail |
| TEAS CHANGE OF CORRESPONDENCE RECEIVED | 2017-09-14 | 15 TCCA I:Incoming Correspondence |
| COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | 2018-12-01 | 16 REM2 E:E-Mail |
| TEAS SECTION 8 & 9 RECEIVED | 2019-11-13 | 17 E89R I:Incoming Correspondence |
| CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 2019-12-31 | 18 APRE A:Allowance for Publication |
| REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 2020-01-02 | 19 89AG O:Outgoing Correspondence |
| REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 2020-01-02 | 20 RNL1 Q: |
| NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | 2020-01-02 | 21 NA89 E:E-Mail |



Michaels® Crafts Store
Michaels Stores

## Similar Marks

| Mark Image | Registration \| Serial | Company | Trademark Application Date |
|---|---|---|---|
| (/TM/90232804) 90232804 not registered Live/Pending | | THR Outsourcing, LLC(/TM/90232804) | 2020-10-02 |
| TRENDSETTER | | | |
| (/TM/8607254 86072548 not registered Dead/Abandoned 8) | | steve sayasin(/TM/86072548) | 2013-09-23 |
| TRENDSETTER | | | |
| (/TM/86052531) 86052531 4510638 Live/Registered | | Electronic Transactions Association(/TM/86052531) | 2013-08-30 |
| TRENDSETTER | | | |
| (/TM/85931341) 85931341 4641979 Live/Registered | | E. S. ROBBINS CORPORATION(/TM/85931341) | 2013-05-14 |
| TRENDSETTER | | | |
| (/TM/85738208) 85738208 4338457 Live/Registered | | Trendsetter Engineering, Inc.(/TM/85738208) | 2012-09-25 |
| TRENDSETTER | | | |
| (/TM/85738197) 85738197 4338456 Live/Registered | | Trendsetter Engineering, Inc.(/TM/85738197) | 2012-09-25 |
| TRENDSETTER | | | |
| (/TM/8528260 85282603 not registered Dead/Abandoned 3) | | MMI Products, Inc.(/TM/85282603) | 2011-03-31 |
| TRENDSETTER | | | |
| (/TM/81041785) 81041785 1041785 Dead/Cancelled | | Armstrong Cork Company(/TM/81041785) | 0000-00-00 |
| TRENDSETTER | | | |
| (/TM/78773955) 78773955 3345661 Live/Registered | | Metrix Instrument Co.(/TM/78773955) | 2005-12-15 |
| TRENDSETTER | | | |

| (/TM/78444122) | 78444122 | 3115096 | Dead/Cancelled | Six Rivers Solar, Inc.(/TM/78444122) | 2004-06-30 |

TRENDSETTER

| (/TM/77730677) | 77730677 | 3718446 | Live/Registered | MCS Industries, Inc.(/TM/77730677) | 2009-05-06 |

TRENDSETTER

| (/TM/7761654 0) | 77616540 | not registered | Dead/Abandoned | Australian Gold, Inc.(/TM/77616540) | 2008-11-18 |

TRENDSETTER

| (/TM/7756852 3) | 77568523 | not registered | Dead/Abandoned | EFFIGI INC.(/TM/77568523) | 2008-09-12 |

TRENDSETTER

| (/TM/77300981) | 77300981 | 3747277 | Live/Registered | Trend Personnel Services, Inc.(/TM/77300981) | 2007-10-10 |

TRENDSETTER

| (/TM/7730097 2) | 77300972 | not registered | Dead/Abandoned | Trend Personnel Services, Inc.(/TM/77300972) | 2007-10-10 |

TRENDSETTER

| (/TM/77300963) | 77300963 | 3722916 | Live/Registered | Trend Personnel Services, Inc.(/TM/77300963) | 2007-10-10 |

TRENDSETTER

| (/TM/77064340) | 77064340 | 3436990 | Dead/Cancelled | CMH MANUFACTURING, INC.(/TM/77064340) | 2006-12-14 |

TRENDSETTER

| (/TM/76412078) | 76412078 | 2683606 | Live/Registered | MFA INCORPORATED(/TM/76412078) | 2002-05-24 |

TRENDSETTER

| (/TM/76313063) | 76313063 | 2780233 | Dead/Cancelled | Trendsetter Products, Inc.(/TM/76313063) | 2001-09-17 |

TRENDSETTER

| (/TM/75510356) | 75510356 | 2281201 | Dead/Cancelled | EVENFLO COMPANY, INC.(/TM/75510356) | 1998-06-29 |

TRENDSETTER

| (/TM/75249573) | 75249573 | 2193208 | Dead/Cancelled | EASTMAN KODAK COMPANY(/TM/75249573) | 1997-02-28 |

TRENDSETTER

| (/TM/7465861 9) | 74658619 | not registered | Dead/Abandoned | EVENWEAR EUROPE, LTD.(/TM/74658619) | 1995-04-10 |

TRENDSETTER

| (/TM/74648258) | 74648258 | 2041609 | Dead/Cancelled | TRENDSETTER HOME FURNISHINGS LIMITED(/TM/7464 8258) | 1995-03-17 |

TRENDSETTER

| | | | | |
|---|---|---|---|---|
| (/TM/74098291) | 74098291   1715567   Dead/Cancelled | CSI TECHNOLOGY, INC.(/TM/74098291) | 1990-09-17 |
| TRENDSETTER | | | |
| (/TM/73770931) | 73770931   1552255   Live/Registered | TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY(/TM/73770931) | 1988-12-22 |
| TRENDSETTER | | | |
| (/TM/73765791) | 73765791   1544333   Dead/Cancelled | KOMFORT INDUSTRIES, INC.(/TM/73765791) | 1988-11-25 |
| TRENDSETTER | | | |
| (/TM/73725156) | 73725156   1518509   Dead/Cancelled | WOLVERINE WORLD WIDE, INC.(/TM/73725156) | 1988-04-28 |
| TRENDSETTER | | | |
| (/TM/73479129) | 73479129   1320559   Dead/Cancelled | Contractors Specialties, Inc.(/TM/73479129) | 1984-05-07 |
| TRENDSETTER | | | |
| (/TM/7334507) | 73347507   not registered   Dead/Abandoned | RINGER, JAMES L.(/TM/73347507) | 1982-01-27 |
| TRENDSETTER | | | |
| (/TM/73272794) | 73272794   1191101   Dead/Cancelled | Del Mar Avionics(/TM/73272794) | 1980-07-31 |
| TRENDSETTER | | | |
| (/TM/73258871) | 73258871   1194650   Dead/Cancelled | Edmunds Manufacturing Company(/TM/73258871) | 1980-04-21 |
| TRENDSETTER | | | |
| (/TM/73254625) | 73254625   1188372   Dead/Cancelled | Scovill Inc.(/TM/73254625) | 1980-03-19 |
| TRENDSETTER | | | |
| (/TM/73205918) | 73205918   1152991   Dead/Cancelled | Compugraphic Corporation(/TM/73205918) | 1979-03-02 |
| TRENDSETTER | | | |
| (/TM/73162122) | 73162122   1105277   Dead/Cancelled | RONSON CORPORATION(/TM/73162122) | 1978-03-13 |
| TRENDSETTER | | | |
| (/TM/73119980) | 73119980   1097989   Dead/Expired | SOUNDESIGN CORPORATION(/TM/73119980) | 1977-03-22 |
| TRENDSETTER | | | |
| (/TM/72176977) | 72176977   0777442   Live/Registered | Trendsetter Footwear Corp.(/TM/72176977) | 1963-09-13 |
| TRENDSETTER | | | |

© 2021 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | (/tm.rss) | (https://twitter.com/trademarktrader)

# Exhibit "H"



8 x 8

Format®

STUDIO DECOR®

8 in x 8 in / 20.3 cm x 20.3 cm

BASICS | BASIQUES | BÁSICOS

8 x 8

Structure™

STUDIO DECOR®

8 in x 8 in / 20.3 cm x 20.3 cm

BASICS | BASIQUES

# Exhibit "I"

# Receipt Example:

### Receipts identifying product as "Format"







# Exhibit "J"

# Format Frame Instructions.

## Instructions For Use - To insert photo or artwork:

This is a front loading frame with easy to handle polished edge glass.

1. Firmly grasp frame (glass/front side toward you) with both hands positioned close together on both sides of the corner (fig. 1).

2. Position thumbs close together on corner and apply gentle, even pressure to push frame sides outward and down while at the same time pressing backing board on back of frame upward with finger tips to unseat glass.

3. Repeat procedure for each corner until glass is free from frame.

4. Once glass is removed, insert photo or artwork gently through frame front.

5. Position frame face up replace glass and apply gentle pressure on each corner until glass seats itself within frame.

**To Use Easel Back:** 4 in x 4 in / 4 in x 6 in / 4 in x 12 in / 5 in x 7 in / 8 in x 10 in / 10 in x 13 in / 8½ in x 11 in / Frames

(Frames larger than 8 ½ x 11 in do not have easel backs.)

1. Twist easel to remove from frame (fig. 2).

2. Position the easel above the slot and align as shown. Push down and insert the tab into the slot (fig. 3).

3. Push easel forward in slot until it touches the edge (fig. 4).

4. Twist the easel as shown until it clicks into place. (fig. 5)

5. To remove easel, twist the easel sideways to disengage, then pull back.






# Instrucciones para marco Format®

## Modo de empleo - Para insertar una foto o una obra de arte:

Este marco que tiene una carga frontal está equipado con una placa de vidrio con borde pulido fácil de utilizar.

1. Agarre firmemente el borde del marco (con la placa de vidrio / lado frontal dirigido hacia Ud.) con ambas manos colocadas juntas, sobre ambos lados de la esquina (fig. 1).

2. Coloque los pulgares colocados juntos sobre la esquina el borde y aplique una presión suave y uniforme, para empujar los lados del marco hacia afuera y hacia abajo; a la vez con las puntas de los dedos hacia arriba, aplique una presión sobre el panel de soporte en la parte trasera del marco, para desenganchar la placa de vidrio.

# Exhibit "K"

## Format Frame Instructions.
### Instructions For Use - To insert photo or artwork:

This is a front loading frame with easy to handle polished edge glass.
1. Firmly grasp frame (glass/front side toward you) with both hands positioned close together on both sides of the corner (fig. 1).
2. Position thumbs close together on corner and apply gentle, even pressure to push frame sides outward and down while at the same time pressing backing board on back of frame upward with finger tips to unseal glass.
3. Repeat procedure for each corner until glass is free from frame.
4. Once glass is removed, insert photo or artwork gently through frame front.
5. Position frame face up-replace glass and apply gentle pressure on each corner until glass seats itself within frame.



**To Use Easel Back; 4 in x 4 in / 4 in x 6 in / 4 in x 12 in / 5 in x 7 in / 8 in x 10 in / 10 in x 10 in / 8 ½ in x 11 in / Frames**
(Frames larger than 8 ½ x 11 in do not have easel backs.)
1. Twist easel to remove from frame (fig. 2).
2. Position the easel above the slot and align as shown. Push down and insert the tab into the slot (fig. 3).
3. Push easel forward in slot until it touches the edge (fig. 4).
4. Twist the easel as shown until it clicks into place. (fig. 5)
5. To remove easel, twist the easel sideways to disengage, then pull back.




### Instrucciones para marco Format®
### Modo de empleo - Para insertar una foto o una obra de arte:

Este marco que tiene una carga frontal está equipado con una placa de vidrio con borde pulido fácil de utilizar.
1. Agarre firmemente el borde del marco (con la placa de vidrio / lado frontal dirigido hacia Ud.) con ambas manos colocadas juntas, sobre ambos lados de la esquina (fig. 1).
2. Coloque los pulgares colocados juntos sobre la esquina el borde y aplique una presión suave y uniforme, para empujar los lados del marco hacia afuera y hacia abajo; a la vez con las puntas de los dedos hacia arriba. aplique una presión sobre el panel de soporte en la parte trasera del marco, para desenganchar la placa de vidrio.

## Format Frame Instructions.
### Instructions For Use - To insert photo or artwork:

This is a front loading frame with easy to handle polished edge glass.
1. Firmly grasp frame (glass/front side toward you) with both hands positioned close together on both sides of the corner (fig. 1).
2. Position thumbs close together on corner and apply gentle, even pressure to push frame sides outward and down while at the same time pressing backing board on back of frame upward with finger tips to unseal glass.
3. Repeat procedure for each corner until glass is free from frame.
4. Once glass is removed, insert photo or artwork gently through frame front.
5. Position frame face up-replace glass and apply gentle pressure on each corner until glass seats itself within frame.



**To Use Easel Back; 4 in x 4 in / 4 in x 6 in / 4 in x 12 in / 5 in x 7 in / 8 in x 10 in / 10 in x 10 in / 8 ½ in x 11 in / Frames**
(Frames larger than 8 ½ x 11 in do not have easel backs.)
1. Twist easel to remove from frame (fig. 2).
2. Position the easel above the dot and align as shown. Push down and insert the tab into the slot (fig. 3).
3. Push easel forward in slot until it touches the edge (fig. 4).
4. Twist the easel as shown until it clicks into place. (fig. 5)
5. To remove easel, twist the easel sideways to disengage, then pull back.





### Instrucciones para marco Format®
### Modo de empleo - Para insertar una foto o una obra de arte:

Este marco que tiene una carga frontal está equipado con una placa de vidrio con borde pulido fácil de utilizar.
1. Agarre firmemente el borde del marco (con la placa de vidrio / lado frontal dirigido hacia Ud.) con ambas manos colocadas juntas, sobre ambos lados de la esquina (fig. 1).
2. Coloque los pulgares colocados juntos sobre la esquina el borde y aplique una presión suave y uniforme, para empujar los lados del marco hacia afuera y hacia abajo; a la vez con las puntas de los dedos hacia arriba. aplique una presión sobre el panel de soporte en la parte trasera del marco, para desenganchar la placa de vidrio.

**MCS**

**Competitor**

# Exhibit "L"

# Format Frame Instructions.
## Instructions For Use - To insert pho... ...work:

This is a front loading frame with easy to handle p... ...e glass.
1. Firmly grasp frame (glass/front side toward yo... ...hands positioned close together on both sides of the ...).
2. Position thumbs close together on corner and ... gentle, even pressure to push frame sides outw... down while at the same time pressing backing ... on back of frame upward with finger tips to uns...
3. Repeat procedure for each corner until glass is ... ...me.
4. Once glass is removed, insert photo or artwork ... ...gh frame front.
5. Position frame face up-replace glass and apply ... ...ure on each corner until glass seats itself within frame.

**To Use Easel Back; 4 in x 4 in / 4 in x 6 in / 4 in x ... 7 in / 8 in x 10 in / 10 in x 10 in / 8 ½ in x 11 in / Frames**
*(Frames larger than 8 ½ x 11 in do not have easel b...*
1. Twist easel to remove from frame (fig. 2).
2. Position the easel above the slot and alig... ...Insert the tab into th...
3. Push easel for...



fig. 1



fig. 3



fig. 4     fig. 5

... Format®
...ertar una f... ...obra de arte:

...está equipad... ...laca de vidrio con borde pulido fácil de utilizar.
...con la plac... ...lado frontal dirigido hacia Ud.) con ambas
...los de la e... ...1).
...re la esc... ...e y aplique una presión suave y uniforme,
...ra y ha... ...a vez con las puntas de los dedos hacia arriba,
...a del marco, para desenganchar la placa de vidrio.

## Format Frame Instructions.
## Instructions For Use - To insert photo or artwork:

This is a front loading frame with easy to handle polished edge glass.
1. Firmly grasp frame (glass/front side toward you) with both hands positioned close together on both sides of the corner (fig. 1).
2. Position thumbs close together on corner and apply gentle, even pressure to push frame sides outward and down while at the same time pressing backing board on back of frame upward with finger tips to unseal glass.
3. Repeat procedure for each corner until glass is free from frame.
4. Once glass is removed, insert photo or artwork gently through frame front.
5. Position frame face up-replace glass and apply gentle pressure on each corner unt... itself within frame.



fig. 1

**To Use Easel Back; 4 in x 4 in / 4 in x 6 in / 4 in x 12 in / 5 in x 7 in / 8 in x 10 in / 1... 8 ½ in x 11 in / Frames**
*(Frames larger than 8 ½ x 11 in do not have easel backs.)*
1. Twist easel to remove from frame (fig. 2).
2. Position the easel above the slot and align as shown. Push down and insert the ... e slot (fig. 3).
3. Push easel forward in slot until it touches the edge (fig. 4).
... easel as shown until it clicks into place. (fig. 5)
... t the easel sideways to disengage, then pull back.



fig. 2    fig. 3    fig. 4    fig. 5

## Instrucciones para marco Format®
## Modo de empleo - Para insertar una foto o una o... rte:

Este marco que tiene una carga frontal está equipado con una pla... con borde pulido fácil de utilizar.
1. Agarre firmemente el borde del marco (con la placa de vidrio / l... dirigido hacia Ud.) con ambas manos colocadas juntas, sobre ambos lados de la esquina (Fig...
2. Coloque los pulgares colocados juntos sobre la esquina el bor... una presión suave y uniforme, para empujar los lados del marco hacia afuera y hacia abajo; ... as puntas de los dedos hacia arriba, aplique una presión sobre el panel de soporte en la parte tra... co, para desenganchar la placa de vidrio.

# Format Frame Instructions.
## Instructions For Use - To insert photo or artwork:

This is a front loading frame with easy to handle polished edge glass.

1. Firmly grasp frame (glass/front side toward you) with both hands positioned close together on both sides of the corner (fig. 1).
2. Position thumbs close together on corner and apply gentle, even pressure to push frame sides outward and down while at the same time pressing backing board on back of frame upward with finger tips to unseal glass.
3. Repeat procedure for each corner until glass is free from frame.
4. Once glass is removed, insert photo or artwork gently through frame front.
5. Position frame face up-replace glass and apply gentle pressure on each corner until glass seats itself within frame.



fig. 1

**8 in x 10 in / 10 in x 10 in / 8 ½ in x 11 in / Frames**

### To Use Easel Back; 4 in x 4 in / 4 in x 6 in / 4 in x 12 in / 5 in x 7 in /
*(Frames larger than 8 ½ x 11 in do not have easel backs.)*

1. Twist easel to remove from frame (fig. 2).
2. Position the easel above the slot and align as shown. Push down and insert the tab into the slot (fig. 3).
3. Push easel forward in slot until it touches the edge (fig. 4).
4. Twist the easel as shown until it clicks into place. (fig. 5)
5. To remove easel, twist the easel sideways to disengage, then pull back.






fig. 2　　fig. 3　　fig. 4　　fig. 5

## Instrucciones para marco Format®
## Modo de empleo - Para insertar una foto o una obra de arte:

Este marco que tiene una carga frontal está equipado con una placa de vidrio con borde pulido fácil de utilizar.

1. Agarre firmemente el borde del marco (con la placa de vidrio / lado frontal dirigido hacia Ud.) con ambas manos colocadas juntas, sobre ambos lados de la esquina (Fig. 1).
2. Coloque los pulgares colocados juntos sobre la esquina el borde y aplique una presión suave y uniforme, para empujar los lados del marco hacia afuera y hacia abajo; a la vez con las puntas de los dedos hacia arriba, aplique una presión sobre el panel de soporte en la parte trasera del marco, para desenganchar la placa de vidrio.

# Format Frame Instructions.

## Instructions For Use - To insert photo or artwork:


fig. 1

This is a front loading frame witheasy to handle polished edge glass.

1. Firmly grasp frame (glass/front side toward you) with both hands positioned close together on both sides of the corner (fig. 1).
2. Position thumbs close together on corner and apply gentle, even pressure to push frame sides outward and down while at the same time pressing backing board on back of frame upward with finger tips to unseal glass.
3. Repeat procedure for each corner until glass is free from frame.
4. Once glass is removed, insert photo or artwork gently through frame front.
5. Position frame face up-replace glass and apply gentle pressure on each corner until glass seats itself within frame.

**To Use Easel Back; 4 in x 4 in / 4 in x 6 in / 4 in x 12 in / 5 in x 7 in / 8 in x 10 in / 10 in x 10 in / 8 ½ in x 11 in / Frames**
*(Frames larger than 8 ½ x 11 in do not have easel backs.)*

1. Twist easel to remove from frame (fig. 2).
2. Position the easel above the slot and align as shown. Push down and insert the tab into the slot (fig. 3).
3. Push easel forward in slot until it touches the edge (fig. 4).
4. Twist the easel as shown until it clicks into place. (fig. 5)
5. To remove easel, twist the easel sideways to disengage, then pull back.


fig. 2


fig. 3


fig. 4


fig. 5

## Instrucciones para marco Format®

## Modo de empleo - Para insertar una foto o una obra de arte:

Este marco que tiene una carga frontal está equipado con una placa de vidrio con borde pulido fácil de utilizar.

1. Agarre firmemente el borde del marco (con la placa de vidrio / lado frontal dirigido hacia Ud.) con ambas manos colocadas juntas, sobre ambos lados de la esquina (Fig. 1).
2. Coloque los pulgares colocados juntos sobre la esquina el borde y aplique una presión suave y uniforme, para empujar los lados del marco hacia afuera y hacia abajo; a la vez con las puntas de los dedos hacia arriba, aplique una presión sobre el panel de soporte en la parte trasera del marco, para desenganchar la placa de vidrio.