**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MCS INDUSTRIES, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-2563** |
| | : | |
| **MICHAEL'S STORES, INC., ET AL.** | : | |

## ORDER

**AND NOW,** this 29th day of April, 2022, it is **ORDERED** that the motion to dismiss by the Michaels Defendants [Doc. 48] is **DENIED**.

                        **BY THE COURT:**

                        **/s/ Jeffrey L. Schmehl**
                        **JEFFREY L. SCHMEHL, J.**