IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MCS INDUSTRIES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-2563 |
| | : | |
| **MICHAEL'S STORES, INC., ET AL.** | : | |

### ORDER

**AND NOW,** this 9th day of August, 2022, it is **ORDERED** that the motion to dismiss for lack of personal jurisdiction by Defendant Harbortown Industries, Inc. [Doc. 62] is **GRANTED**.

It is further **ORDERED** that the Clerk shall sever the Plaintiff's claims against Defendant Harbortown Industries, Inc. from the rest of the action and transfer those claims only to the United States District Court for the Northern District of Illinois.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**