SEALDC,A/R,MEDIATION

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:21−cv−02563−JLS

MCS Industries Inc. v. MICHAELS STORES INC. et al  
Assigned to: HONORABLE JEFFREY L. SCHMEHL  
Referred to: MAGISTRATE JUDGE DAVID R. STRAWBRIDGE (Settlement)  
Cause: 15:1114 Trademark Infringement

Date Filed: 06/04/2021  
Jury Demand: Both  
Nature of Suit: 820 Property Rights: Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**MCS Industries Inc.**     represented by     **KEAN C. MAYNARD**  
BOCHETTO&LENTZ, P.C  
1524 LOCUST STREET  
PHILADELPHIA, PA 327794  
215−735−3900  
Fax: 215−735−2455  
Email: kmaynard@bochettoandlentz.com  
*ATTORNEY TO BE NOTICED*

**PETER R. BRYANT**  
Dilworth Paxson LLP  
457 Haddonfield Road  
Ste 700  
Cherry Hill, NJ 08002  
856−675−1951  
Fax: 856−249−5098  
Email: pbryant@dilworthlaw.com  
*TERMINATED: 05/23/2022*

**GAVIN P. LENTZ**  
BOCHETTO & LENTZ, PC  
1524 LOCUST ST  
PHILA, PA 19102  
215−735−3900  
Fax: 215−735−2455  
Email: glentz@bochettoandlentz.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MICHAELS STORES INC.**     represented by     **JASON C. REICHLYN**  
Loss, Judge & Ward, LLP  
600 14th St.  
Suite 450  
Washington, DC 20005  
202−778−4060  
Fax: 202−778−4099  
Email: jreichlyn@dykema.com  
*TERMINATED: 04/18/2022*

          *LEAD ATTORNEY*

          **VICTOR C. JOHNSON**
Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
214–259–1876
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Cezanne S. Harrer**
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue
5th Floor
Pittsburgh, PA 15222–3152
412–297–4727
Fax: 412–209–1975
Email: cezanne.harrer@dentons.com
*ATTORNEY TO BE NOTICED*

          **DAVID F. RUSSEY**
DENTONS COHEN & GRIGSBY PC
625 LIBERTY AVE
PITTSBURGH, PA 15222
412–297–4709
Email: david.russey@dentons.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Michaels Companies, Inc.**     represented by    **JASON C. REICHLYN**
(See above for address)
*TERMINATED: 04/18/2022*
*LEAD ATTORNEY*

          **VICTOR C. JOHNSON**
Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
214–259–1876
Email: victor.johnson@dentons.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Cezanne S. Harrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

          **DAVID F. RUSSEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Michaels Stores Procurement Company, Inc.** | represented by | **JASON C. REICHLYN** <br> (See above for address) <br> *TERMINATED: 04/18/2022* <br> *LEAD ATTORNEY* <br><br> **VICTOR C. JOHNSON** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Cezanne S. Harrer** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **DAVID F. RUSSEY** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **HARBORTOWN INDUSTRIES, INC.** <br> *TERMINATED: 08/09/2022* | represented by | **BRIANNA M. SKELLY** <br> Taft Stettinius & Hollister LLP <br> 111 E. Wacker Drive <br> Suite 2800, <br> CHICAGO, IL 60601 <br> Email: bskelly@taftlaw.com <br> *TERMINATED: 08/09/2022* <br><br> **JOHN M. RICCIONE** <br> Taft Stettinius & Hollister LLP <br> 111 E. Wacker Drive <br> Suite 2800 <br> CHICAGO, IL 60601 <br> Email: jriccione@taftlaw.com <br> *TERMINATED: 08/09/2022* <br><br> **MARCUS S. HARRIS** <br> Taft Stettinius & Hollister LLP <br> Suite 2800 <br> 111 E. Wacker <br> Chicago, Ste 111 E. Wacker <br> Chicago, IL 60601 <br> 312−840−4320 <br> Email: mharris@taftlaw.com <br> *TERMINATED: 08/09/2022* <br><br> **NICOLE D. GALLI** <br> ND GALLI LAW LLC <br> One Liberty Place <br> 1650 Market Street <br> Suite 3600, #00250 <br> PHILADELPHIA, PA 19103 <br> 215−525−9583 <br> Fax: 215−525−9585 <br> Email: ndgalli@ndgallilaw.com |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2021 | Ï 1 | COMPLAINT against MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc. ( Filing fee $ 402 receipt number 0313–15169938.), filed by MCS Industries Inc.. (Attachments: # 1 Exhibit A–K, # 2 Civil Cover Sheet, # 3 Designation Form)(LENTZ, GAVIN) (Entered: 06/04/2021) |
| 06/04/2021 | Ï | DEMAND for Trial by Jury by MCS Industries Inc.. (tjd) (Entered: 06/04/2021) |
| 06/04/2021 | Ï 2 | MOTION for Expedited Discovery filed by MCS Industries Inc. Memorandum, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Exhibit A – K, # 3 Text of Proposed Order, # 4 Certificate of Service)(LENTZ, GAVIN) Modified on 6/7/2021 (tjd). (Entered: 06/04/2021) |
| 06/04/2021 | Ï 3 | MOTION for Preliminary Injunction filed by MCS Industries Inc..Memorandum, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Exhibit A – K, # 3 Text of Proposed Order, # 4 Certificate of Service)(LENTZ, GAVIN) (Entered: 06/04/2021) |
| 06/04/2021 | Ï 4 | Statement *Disclosure Statement* by MCS Industries Inc.. (LENTZ, GAVIN) (Entered: 06/04/2021) |
| 06/04/2021 | Ï 5 | NOTICE of Appearance by PETER R. BRYANT on behalf of MCS Industries Inc. (BRYANT, PETER) (Entered: 06/04/2021) |
| 06/04/2021 | Ï | Disclosure Statement Form pursuant to FRCP 7.1 by MCS Industries Inc.**(REFILED USING CORRECT EVENT, SEE DOCUMENT 4 FOR ORIGINAL FILING AND PDF)**.(tjd) (Entered: 06/08/2021) |
| 06/07/2021 | Ï | Summons Issued as to MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc.. E–MAILED To: COUNSEL on 6/7/21 (bw, ) (Entered: 06/07/2021) |
| 06/07/2021 | Ï 6 | ORDER THAT A TELEPHONE CONFERENCE SHALL BE HELD ON THURSDAY, JUNE 10, 2021 AT 11:00 A.M. PLAINTIFF'S COUNSEL SHALL PROVIDE A TELECONFERENCE DIAL IN NUMBER AND CODE FOR ALL PARTIES. PLAINTIFFS COUNSEL SHALL SERVE THE DEFENDANT WITH A COPY OF THIS ORDER. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 6/7/21. 6/7/21 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 06/07/2021) |
| 06/07/2021 | Ï | Set/Reset Hearings: TELEPHONE CONFERENCE SET FOR 6/10/2021 11:00 AM BEFORE HONORABLE JEFFREY L. SCHMEHL. (er, ) (Entered: 06/07/2021) |
| 06/09/2021 | Ï 7 | CERTIFICATE OF SERVICE by MCS Industries Inc. (LENTZ, GAVIN) (Entered: 06/09/2021) |
| 06/09/2021 | Ï 8 | CERTIFICATE OF SERVICE by MCS Industries Inc. (LENTZ, GAVIN) (Entered: 06/09/2021) |
| 06/09/2021 | Ï 9 | CERTIFICATE OF SERVICE by MCS Industries Inc. (LENTZ, GAVIN) (Entered: 06/09/2021) |
| 06/10/2021 | Ï 10 | ORDER THAT THE MOTION FOR EXPEDITED DISCOVERY, AND ALL PAPERS IN SUPPORT THEREOF AND THE RECORD BEFORE THE COURT, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND DEFENDANTS SHALL RESPOND TO THE WRITTEN DISCOVERY SET FORTH IN SCHEDULE A TO THIS ORDER WITHIN FIFTEEN (15) DAYS OF THE DATE OF THIS ORDER, ETC. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 6/10/21.6/10/21 ENTERED AND COPIES MAILED TO UNREPS AND E–MAILED. (er, ) (Entered: 06/10/2021) |
| 06/11/2021 | Ï | COPY OF DOC. NO. 10 HAS BEEN MAILED TO UNREP. PARTIES. (bw, ) (Entered: 06/11/2021) |

| | | |
|---|---|---|
| 06/11/2021 | Ï 11 | Minute Entry for proceedings held before HONORABLE JEFFREY L. SCHMEHL. A Telephone Conference was held on 6/9/21 Not on the record. (DT) (Entered: 06/11/2021) |
| 06/22/2021 | Ï 12 | Summons Returned Executed by Danielle Stevens re: served Summons and Complaint, Plaintiffs Motions upon Lynanne Gares by personal on 06−08−2021, answer due 06−29−2021. (LENTZ, GAVIN) Modified on 6/24/2021 (tjd). (Entered: 06/22/2021) |
| 06/22/2021 | Ï 13 | Summons Returned Executed by Danielle Stevens re: served Summons and Complaint, Plaintiffs Motions upon Lynanne Gares by personal on 06−08−2021, answer due 06−29−2021. (LENTZ, GAVIN) Modified on 6/24/2021 (tjd). (Entered: 06/22/2021) |
| 06/22/2021 | Ï 14 | Summons Returned Executed by Danielle Stevens re: served Summons and Complaint, Plaintiffs Motions upon Lynanne Gares by personal on 06−08−2021, abswer due 06−29−2021. (LENTZ, GAVIN) Modified on 6/24/2021 (tjd). (Entered: 06/22/2021) |
| 06/29/2021 | Ï 15 | STIPULATION *to Extend Time to Respond to Complaint and Order* by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc.. (REICHLYN, JASON) (Entered: 06/29/2021) |
| 06/29/2021 | Ï 16 | ORDER THAT SUBJECT TO THE COURTS APPROVAL, THAT DEFENDANTS MAY HAVE UP TO AND INCLUDING JULY 6, 2021, TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT. THIS IS THE FIRST EXTENSION OF TIME IN THIS CASE AND EXTENDS THE TIME TO FILE BY SEVEN (7) DAYS; ETC. AS HEREIN. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 6/29/21. 6/29/21 ENTERED AND COPIES E−MAILED.(mas, ) (Entered: 06/29/2021) |
| 07/07/2021 | Ï 17 | ORDER THAT BY AND BETWEEN THE UNDERSIGNED COUNSEL THAT PLAINTIFF MAY FILE AN AMENDED COMPLAINT IN THE ABOVE CAPTIONED MATTER. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 7/6/21. 7/7/21 ENTERED AND COPIES E−MAILED.(mas, ) (Entered: 07/07/2021) |
| 07/07/2021 | Ï 18 | FIRST AMENDED COMPLAINT against MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc., filed by MCS Industries Inc. Jury Demand. (Attachments: # 1 Exhibit A − L)(LENTZ, GAVIN) Modified on 7/9/2021 (tjd). (Entered: 07/07/2021) |
| 07/12/2021 | Ï 19 | ORDER THAT A TELEPHONIC CONFERENCE SHALL BE HELD ON THURSDAY, JULY 15, 2021 AT 11:00 P.M., ETC. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 7/12/21. 7/12/21 ENTERED AND COPIES E−MAILED.(er, ) (Entered: 07/12/2021) |
| 07/12/2021 | Ï | Set/Reset Hearings: TELEPHONE CONFERENCE SET FOR 7/15/2021 11:00 PM BEFORE HONORABLE JEFFREY L. SCHMEHL. (er, ) (Entered: 07/12/2021) |
| 07/12/2021 | Ï 20 | ORDER THAT A TELEPHONIC CONFERENCE SHALL BE HELD ON THURSDAY, JULY 15, 2021 AT 11:00 A.M., ETC. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 7/12/21. 7/12/2 ENTERED AND COPIES E−MAILED.(er, ) (Entered: 07/12/2021) |
| 07/12/2021 | Ï | Set/Reset Hearings: TELEPHONE CONFERENCE SET FOR 7/15/2021 11:00 AM BEFORE HONORABLE JEFFREY L. SCHMEHL. (er, ) (Entered: 07/12/2021) |
| 07/15/2021 | Ï 21 | MOTION for Pro Hac Vice *for Victor C. Johnson* ( Filing fee $ 40 receipt number 0313−15254146.) filed by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc..Declaration. (Attachments: # 1 Exhibit A − Declaration of Victor Johnson, # 2 Text of Proposed Order)(REICHLYN, JASON) (Entered: 07/15/2021) |
| 07/19/2021 | Ï 22 | ORDER THAT A HEARING ON PLAINTIFFS MOTION FOR A PRELIMINARY INJUNCTION SHALL BE HELD ON FRIDAY, JULY 30, 2021, AT 10:00 A.M., AT THE READING STATION, THE GATEWAY BUILDING, 201 PENN STREET, FIFTH FLOOR, READING, PA. |

| | | |
|---|---|---|
| | | SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 7/19/21. 7/19/21 ENTERED AND COPIES E–MAILED.(mas, ) (Entered: 07/19/2021) |
| 07/20/2021 | Ï 23 | ORDER THAT THE 21 MOTION IS GRANTED, AND VICTOR C. JOHNSON OF THE LAW FIRM OF DYKEMA GOSSETT PLLC IS ADMITTED PRO HAC VICE TO APPEAR BEFORE THIS COURT IN THE ABOVE–CAPTIONED CASE. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 7/20/21.7/20/21 ENTERED AND COPIES MAILED TO COUNSEL AND E–MAILED.(mas, ) Modified on 7/20/2021 (mas, ). (Entered: 07/20/2021) |
| 07/21/2021 | Ï 24 | Minute Entry for proceedings held before HONORABLE JEFFREY L. SCHMEHL. Telephone Conference held on 7/15/21. (mas, ) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 25 | MOTION to Dismiss *Plaintiff's Complaint* filed by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc..Brief. (Attachments: # 1 Brief Defendants' Brief in Support of Their Motion to Dismiss Plaintiff's Complaint)(REICHLYN, JASON) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 26 | NOTICE by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc. re 25 MOTION to Dismiss *Plaintiff's Complaint [Proposed] Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint* (REICHLYN, JASON) (Entered: 07/21/2021) |
| 07/30/2021 | Ï 27 | ORDER THAT BY THE PARTIES, AND IS WITHOUT ADMISSION BY DEFENDANTS AS TO LIABILITY OR ANY OF THE ALLEGATIONS OF THE COMPLAINT IN THIS ACTION, OR AS TO ANY MATTERS ARISING OUT OF THE COMPLAINT. THE COURT MAKES NO FINDING OF FACT OR CONCLUSION OF LAW CONCERNING ANY OF THE ALLEGATIONS OR CLAIMS ASSERTED BY PLAINTIFF IN THIS PROCEEDING. NEITHER THIS AGREED ORDER NOR THE AGREEMENTS MADE BY THE PARTIES HEREIN SHALL BE ADMISSIBLE AS EVIDENCE IN ANY PART OF THIS CASE BUT SHALL ADMISSIBLE IF IT IS NECESSARY TO ENFORCE A BREACH OF THIS AGREEMENT; ETC. AS HEREIN. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 7/30/21. 7/30/21 ENTERED AND COPIES NOT MAILED TO COUNSEL AND E–MAILED.(mas, ) (Entered: 07/30/2021) |
| 08/03/2021 | Ï 28 | STIPULATION AND ORDER THAT THE TIME WITHIN WHICH PLAINTIFF, MCS INDUSTRIES, INC. MAY FILE A RESPONSE TO DEFENDANTS, MICHAELS STORES, INC., THE MICHAELS COMPANIES, INC., AND MICHAELS STORES PROCUREMENT COMPANY, INC.'S MOTION TO DISMISS IS HEREBY EXTENDED UNTIL AUGUST 24, 2021. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 8/3/21. 8/3/21 ENTERED AND COPIES MAILED TO COUNSEL, E–MAILED.(er, ) Modified on 8/3/2021 (er, ). (Entered: 08/03/2021) |
| 08/03/2021 | Ï | Set/Reset Deadlines as to 25 MOTION to Dismiss *Plaintiff's Complaint*. RESPONSES DUE BY 8/24/2021. (tjd) (Entered: 08/04/2021) |
| 08/04/2021 | Ï 29 | NOTICE of Appearance by KEAN C. MAYNARD on behalf of MCS Industries Inc. with Certificate of Service(MAYNARD, KEAN) (Entered: 08/04/2021) |
| 08/05/2021 | Ï | Copy of 27 Order mailed to Counsel. (mas, ) (Entered: 08/05/2021) |
| 08/24/2021 | Ï 30 | RESPONSE in Opposition re 25 MOTION to Dismiss *Plaintiff's Complaint* filed by MCS Industries Inc.. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Text of Proposed Order, # 4 Certificate of Service)(LENTZ, GAVIN) (Entered: 08/24/2021) |
| 08/26/2021 | Ï 31 | NOTICE of Appearance by JASON C. REICHLYN on behalf of MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc. (REICHLYN, JASON) (Entered: 08/26/2021) |

| | | |
|---|---|---|
| 09/10/2021 | ï32 | MOTION for Contempt and Sanctions filed by MCS Industries Inc. Memorandum, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Exhibit A – E, # 3 Certificate of Service, # 4 Text of Proposed Order)(LENTZ, GAVIN) Modified on 9/14/2021 (tjd). (Entered: 09/10/2021) |
| 09/24/2021 | ï33 | STIPULATION *to Extend Time to Answer Plaintiff's Motion for Contempt and Sanctions* by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc.. (JOHNSON, VICTOR) (Entered: 09/24/2021) |
| 10/04/2021 | ï34 | STIPULATION *to Extend Time to Answer Plaintiff's Motion for Contempt and Sanctions* by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc.. (JOHNSON, VICTOR) (Entered: 10/04/2021) |
| 10/06/2021 | ï35 | MOTION to Amend/Correct filed by MCS Industries Inc..Memorandum, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Exhibit A, # 3 Exhibit Ex. A – L – Second Amended Complaint, # 4 Exhibit B, # 5 Certificate of Service, # 6 Text of Proposed Order)(LENTZ, GAVIN) (Entered: 10/06/2021) |
| 10/06/2021 | ï36 | STIPULATION *to Extend Time to Answer Plaintiff's Motion for Contempt and Sanctions* by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc.. (JOHNSON, VICTOR) (Entered: 10/06/2021) |
| 10/07/2021 | ï37 | MOTION for Leave to File *Document Under Seal* filed by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc... (Attachments: # 1 Text of Proposed Order)(JOHNSON, VICTOR) (Entered: 10/07/2021) |
| 10/07/2021 | ï38 | Memorandum Filed Under Seal in Opposition re 32 MOTION for Contempt filed by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc. Declaration. **(FILED UNDER SEAL)** (tjd) (Additional attachment(s) added on 10/7/2021: # 1 sealed document) (tjd, ). (Entered: 10/07/2021) |
| 10/18/2021 | ï39 | Memorandum in Opposition re 35 MOTION to Amend/Correct filed by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc.. (Attachments: # 1 Text of Proposed Order)(JOHNSON, VICTOR) (Entered: 10/18/2021) |
| 10/25/2021 | ï40 | REPLY to Response to Motion re 35 MOTION to Amend/Correct filed by MCS Industries Inc.. (Attachments: # 1 Certificate of Service Cert of Service, # 2 Exhibit Exh A−1, # 3 Exhibit Exh A−2, # 4 Exhibit Exh A−3, # 5 Exhibit Exh A−4, # 6 Exhibit Exh A−5, # 7 Exhibit Exh A−6, # 8 Exhibit Exh B, # 9 Exhibit Exh C)(LENTZ, GAVIN) (Entered: 10/25/2021) |
| 10/26/2021 | ï41 | ORDER THAT A TELEPHONIC CONFERENCE SHALL BE HELD ON TUESDAY, NOVEMBER 2, 2021 AT 11:30 A.M. COUNSEL SHALL USE DIAL IN NUMBER 888−204−5984 ACCESS CODE 3221457. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 10/26/21. 10/26/21 ENTERED AND COPIES E−MAILED.(mas, ) (Entered: 10/26/2021) |
| 11/02/2021 | ï42 | Minute Entry for proceedings held before HONORABLE JEFFREY L. SCHMEHL. Telephone Conference held on 11/2/21. (mas, ) (Entered: 11/03/2021) |
| 11/03/2021 | ï43 | ORDER THAT THIS MATTER IS REFERRED TO UNITED STATES MAGISTRATE JUDGE TIMOTHY R. RICE FOR THE PURPOSE OF SCHEDULING AND CONDUCTING A MEDIATION. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 11/3/21. 11/3/21 ENTERED AND COPIES E−MAILED.(mas, ) (Entered: 11/03/2021) |
| 11/03/2021 | ï44 | ORDER THAT A HEARING ON PLAINTIFFS MOTION FOR CONTEMPT AND SANCTIONS SHALL BE HELD ON TUESDAY, DECEMBER 7, 2021, AT 1:30 P.M., AT THE READING STATION, THE GATEWAY BUILDING, 201 PENN STREET, FIFTH FLOOR, READING, PA. THE PLAINTIFFS MOTION FOR A PRELIMINARY INJUNCTION (DOC. 3 ) IS DENIED AS MOOT. THE DEFENDANTS MOTION TO DISMISS (DOC. 25 ) IS DENIED WITHOUT |

| | | |
|---|---|---|
| | | PREJUDICE. THE PLAINTIFFS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (DOC. 35 ) IS GRANTED AS UNOPPOSED. THE CLERK SHALL FILE THE SECOND AMENDED COMPLAINT THAT IS ATTACHED TO PLAINTIFFS MOTION TO AMEND AS EXHIBIT A. THE DEFENDANTS MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL (DOC. 37 ) IS GRANTED. DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS MOTION FOR CONTEMPT AND SANCTIONS AND CERTAIN DOCUMENTS SUBMITTED IN SUPPORT SHALL BE FILED UNDER SEAL. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 11/3/21.11/3/21 ENTERED AND COPIES E−MAILED.(mas, ) (Entered: 11/03/2021) |
| 11/03/2021 | Ï | Set/Reset Deadlines as to MOTION HEARING SET FOR 12/7/2021 01:30 PM BEFORE HONORABLE JEFFREY L. SCHMEHL. (mas, ) (Entered: 11/03/2021) |
| 11/03/2021 | Ï 45 | PLAINTIFF MCS INDUSTRIES, INCS SECOND AMENDED COMPLAINT against HARBORTOWN INDUSTRIES, INC. filed by MCS Industries Inc., HARBORTOWN INDUSTRIES, INC. (mas, ) (Entered: 11/03/2021) |
| 11/03/2021 | Ï | Summons Issued as to HARBORTOWN INDUSTRIES, INC.. Forwarded To: Counsel on 11/3/21 (mas, ) (Entered: 11/03/2021) |
| 11/08/2021 | Ï 46 | Praecipe to Attach Exhibits A – L to Plaintiff's Second Amended Complaint by MCS Industries Inc.. (Attachments: # 1 Exhibit Ex. A – L)(LENTZ, GAVIN) Modified on 11/10/2021 (tjd). (Entered: 11/08/2021) |
| 11/08/2021 | Ï 47 | WAIVER OF SERVICE Returned Executed by MCS Industries Inc.. HARBORTOWN INDUSTRIES, INC. waiver sent on 11/8/2021, answer due 1/7/2022. (LENTZ, GAVIN) (Entered: 11/08/2021) |
| 11/17/2021 | Ï 48 | MOTION to Dismiss *Plaintiff's Second Amended Complaint* filed by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc..Brief. (Attachments: # 1 Brief)(JOHNSON, VICTOR) (Entered: 11/17/2021) |
| 11/17/2021 | Ï 49 | NOTICE by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc. re 48 MOTION to Dismiss *Plaintiff's Second Amended Complaint Proposed Order Granting Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint* (JOHNSON, VICTOR) (Entered: 11/17/2021) |
| 11/30/2021 | Ï 50 | ORDER THAT THE HEARING ON THE MOTION FOR CONTEMPT CURRENTLY SCHEDULED FOR DECEMBER 7, 2021 IS CONTINUED FOR SIXTY (60) DAYS. IT IS ALSO HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL THAT THE PARTIES RESPECTFULLY REQUEST THAT THIS MATTER BE SUBMITTED TO A SETTLEMENT CONFERENCE WITHIN THE NEXT THIRTY (30) TO SIXTY (60) DAYS WITH A MAGISTRATE JUDGE. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 11/29/21. 11/30/21 ENTERED AND COPIES MAILED TO UNREP AND E−MAILED.(mas, ) (Entered: 11/30/2021) |
| 11/30/2021 | Ï 51 | ORDER THAT THE PARTIES SHALL CONTACT THE CHAMBERS OF UNITED STATES MAGISTRATE JUDGE TIMOTHY R. RICE TO SCHEDULE A SETTLEMENT CONFERENCE NO LATER THAN JANUARY 31, 2022. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 11/30/21. 11/30/21 ENTERED AND COPIES MAILED TO UNREP AND E−MAILED.(mas, ) (Entered: 11/30/2021) |
| 12/01/2021 | Ï 52 | RESPONSE in Opposition re 48 MOTION to Dismiss *Plaintiff's Second Amended Complaint* filed by MCS Industries Inc.. (Attachments: # 1 Memorandum, # 2 Exhibit A, # 3 Text of Proposed Order, # 4 Certificate of Service)(LENTZ, GAVIN) (Entered: 12/01/2021) |
| 12/03/2021 | Ï 53 | |

| | | |
|---|---|---|
| | | NOTICE of Hearing: SETTLEMENT CONFERENCE SET FOR FEBRUARY 3, 2022 AT 1:30 PM BEFORE MAGISTRATE JUDGE TIMOTHY R. RICE VIA TELECONFERENCE.(dc) (Entered: 12/03/2021) |
| 12/16/2021 | 54 | NOTICE of Appearance by NICOLE D. GALLI on behalf of HARBORTOWN INDUSTRIES, INC. (GALLI, NICOLE) Modified on 12/20/2021 (tjd). (Entered: 12/16/2021) |
| 12/16/2021 | 55 | MOTION for Pro Hac Vice *John M. Riccione* ( Filing fee $ 40 receipt number APAEDC−15615125.) filed by HARBORTOWN INDUSTRIES, INC., HARBORTOWN INDUSTRIES, INC..Certificate of Service.(GALLI, NICOLE) (Entered: 12/16/2021) |
| 12/16/2021 | 56 | MOTION for Pro Hac Vice *Brianna M. Skelly* ( Filing fee $ 40 receipt number APAEDC−15615131.) filed by HARBORTOWN INDUSTRIES, INC., HARBORTOWN INDUSTRIES, INC..Certificate of Service.(GALLI, NICOLE) (Entered: 12/16/2021) |
| 12/16/2021 | 57 | MOTION for Pro Hac Vice *Marcus S. Harris* ( Filing fee $ 40 receipt number APAEDC−15615132.) filed by HARBORTOWN INDUSTRIES, INC., HARBORTOWN INDUSTRIES, INC..Certificate of Service.(GALLI, NICOLE) (Entered: 12/16/2021) |
| 12/20/2021 | 58 | ORDER THAT THE 57 MOTION FOR PRO HAC VICE TO PRACTICE IN THIS COURT IS GRANTED. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 12/20/21.12/20/21 ENTERED AND COPIES E−MAILED.(mas, ) (Entered: 12/20/2021) |
| 12/20/2021 | 59 | ORDER THAT THE 56 MOTION FOR PRO HAC VICE TO PRACTICE IN THIS COURT IS GRANTED. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 12/20/21.12/20/21 ENTERED AND COPIES E−MAILED.(mas, ) (Entered: 12/20/2021) |
| 12/20/2021 | 60 | ORDER THAT THE 55 MOTION FOR PRO HAC VICE TO PRACTICE IN THIS COURT IS GRANTED. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 12/20/21.12/20/21 ENTERED AND COPIES E−MAILED.(mas, ) (Entered: 12/20/2021) |
| 01/07/2022 | 61 | NOTICE by HARBORTOWN INDUSTRIES, INC. *DEFENDANT HARBORTOWN INDUSTRIES, INC.S RULE 7.1 STATEMENT* (GALLI, NICOLE) (Entered: 01/07/2022) |
| 01/07/2022 | 62 | MOTION to Dismiss filed by HARBORTOWN INDUSTRIES, INC..Memorandum, Declaration, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Declaration of Keith Yanko, # 3 Text of Proposed Order)(GALLI, NICOLE) (Entered: 01/07/2022) |
| 01/20/2022 | 63 | ORDER THAT BY AND BETWEEN THE UNDERSIGNED COUNSEL THAT THE TIME WITHIN WHICH PLAINTIFF MCS INDUSTRIES, INC. MAY FILE A RESPONSE TO DEFENDANT HARBORTOWN INDUSTRIES, INCS MOTION TO DISMISS IS HEREBY EXTENDED UNTIL FEBRUARY 10, 2022. IT IS FURTHER STIPULATED AND AGREED THAT, DEFENDANT HARBORTOWN INDUSTRIES, INC. MAY REPLY TO PLAINTIFFS RESPONSE ON OR BEFORE MARCH 3, 2022. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 1/19/22. 1/20/22 ENTERED AND COPIES E−MAILED.(mas) (Entered: 01/20/2022) |
| 01/24/2022 | 64 | NOTICE re: Cancellation of Hearing THE SETTLEMENT CONFERENCE SCHEDULED FOR FEBRUARY 2, 2022 AT 1:30 P.M. BEFORE JUDGE TIMOTHY R. RICE IS CANCELLED.(dc) (Entered: 01/24/2022) |
| 01/25/2022 | 65 | ORDER THAT A TELEPHONIC CONFERENCE SHALL BE HELD ON FRIDAY, JANUARY 28, 2022 AT 10:30 A.M. COUNSEL SHALL USE DIAL IN NUMBER 888−204−5984 ACCESS CODE 3221457. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 1/25/22. 1/25/22 ENTERED AND COPIES E−MAILED.(mas) (Entered: 01/25/2022) |
| 01/31/2022 | 66 | Minute Entry for proceedings held before HONORABLE JEFFREY L. SCHMEHL: Telephone Conference held on 1/28/22. Court Reporter: None. (er, ) (Entered: 01/31/2022) |

| | | |
|---|---|---|
| 02/10/2022 | 67 | RESPONSE in Opposition re 62 MOTION to Dismiss filed by MCS Industries Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(LENTZ, GAVIN) (Entered: 02/10/2022) |
| 03/03/2022 | 68 | REPLY to Response to Motion re 62 MOTION to Dismiss filed by HARBORTOWN INDUSTRIES, INC.. (GALLI, NICOLE) (Entered: 03/03/2022) |
| 04/11/2022 | 69 | ORDER THAT A TELEPHONIC STATUS CONFERENCE SET FOR 4/19/2022 11:00 AM IN Telephone Conference BEFORE HONORABLE JEFFREY L. SCHMEHL. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 4/11/22. 4/11/22 ENTERED AND COPIES E–MAILED.(mas) (Entered: 04/11/2022) |
| 04/18/2022 | 70 | Consent Order to Substitute Attorney filed by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc... (Attachments: # 1 Text of Proposed Order)(RUSSEY, DAVID) Modified on 4/19/2022 (fb). (Entered: 04/18/2022) |
| 04/18/2022 | 71 | Consent Order to Substitute Attorney filed by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc... (Attachments: # 1 Text of Proposed Order)(Harrer, Cezanne) Modified on 4/19/2022 (fb). (Entered: 04/18/2022) |
| 04/19/2022 | 72 | Minute Entry for proceedings held before HONORABLE JEFFREY L. SCHMEHL. Telephone Conference held on 4/19/22. (mas) (Entered: 04/19/2022) |
| 04/20/2022 | 73 | ORDER THAT CEZANNE S. HARRER (PA ID NO. 324178) IS SUBSTITUTED AS COUNSEL OF RECORD IN PLACE OF JASON C. REICHLYN AND THE LAW FIRM DYKEMA GOSSETT, PLLC. CONTACT INFORMATION FOR NEW COUNSEL IS AS FOLLOWS: FIRM NAME: DENTONS COHEN & GRIGSBY P.C. ADDRESS: 625 LIBERTY AVENUE, PITTSBURGH, PENNSYLVANIA 15222 TELEPHONE: (412) 297–4900 EMAIL: CEZANNE.HARRER@DENTONS.COM. DAVID F. RUSSEY (PA ID NO. 84184) IS SUBSTITUTED AS COUNSEL OF RECORD IN PLACE OF JASON C. REICHLYN AND THE LAW FIRM DYKEMA GOSSETT, PLLC. CONTACT INFORMATION FOR NEW COUNSEL IS AS FOLLOWS: FIRM NAME: DENTONS COHEN & GRIGSBY P.C. ADDRESS: 625 LIBERTY AVENUE, PITTSBURGH, PENNSYLVANIA 15222 TELEPHONE: (412) 297–4900 EMAIL: DAVID.RUSSEY@DENTONS.COM. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 4/20/22. 4/20/22 ENTERED AND COPIES E–MAILED.(mas) (Entered: 04/20/2022) |
| 04/29/2022 | 74 | MEMORANDUM. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 4/29/22. 4/29/22 ENTERED AND COPIES E–MAILED.(er) (Entered: 04/29/2022) |
| 04/29/2022 | 75 | ORDER THAT THE MOTION TO DISMISS BY THE MICHAELS DEFENDANTS [DOC. 48] IS DENIED. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 4/29/22. 4/29/22 ENTERED AND COPIES E–MAILED.(er) (Entered: 04/29/2022) |
| 05/13/2022 | 76 | ANSWER to 18 Amended Complaint, by MICHAELS STORES INC., Michaels Stores Procurement Company, Inc., The Michaels Companies, Inc. Affirmative Defenses.(JOHNSON, VICTOR) Modified on 5/16/2022 (tjd). (Entered: 05/13/2022) |
| 05/19/2022 | 77 | ORDER THAT A TELEPHONIC STATUS CONFERENCE SHALL BE HELD ON WEDNESDAY, MAY 25, 2022, AT 11:00 A.M., ETC. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 5/19/22. 5/19/22 ENTERED AND COPIES MAILED, E–MAILED.(er) Modified on 5/19/2022 (er). (Entered: 05/19/2022) |
| 05/23/2022 | 78 | ORDER, ( STATUS CONFERENCE SET FOR 6/13/2022 11:00 AM IN Telephone Conference BEFORE HONORABLE JEFFREY L. SCHMEHL.) SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 5/23/22. 5/23/22 ENTERED AND COPIES MAILED TO COUNSEL, E–MAILED.(er) Modified on 5/23/2022 (er). (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 05/23/2022 | 79 | NOTICE of Withdrawal of Appearance by PETER R. BRYANT on behalf of MCS Industries Inc.(BRYANT, PETER) (Entered: 05/23/2022) |
| 06/09/2022 | 80 | ORDER THAT THE ABOVE CAPTIONED REFERRAL JUDGE IS REASSIGNED FROM THE CALENDAR OF U.S. MAGISTRATE TIMOTHY R. RICE TO THE CALENDAR OF U.S. MAGISTRATE JUDGE DAVID R. STRAWBRIDGE FOR SETTLEMENT. SIGNED BY CLERK OF COURT GEORGE V WYLESOL, CLERK OF COURT ON 6/9/22. 6/9/22 ENTERED AND COPIES NOT MAILED TO COUNSEL AND E–MAILED.(mas) Modified on 6/9/2022 (mas). (Entered: 06/09/2022) |
| 06/13/2022 | 81 | ORDER THAT A TELEPHONIC STATUS CONFERENCE SET FOR 8/10/2022 02:30 PM IN Telephone Conference BEFORE HONORABLE JEFFREY L. SCHMEHL. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 6/13/22. 6/13/22 ENTERED AND COPIES E–MAILED.(mas) (Entered: 06/13/2022) |
| 06/14/2022 | 82 | Minute Entry for proceedings held before HONORABLE JEFFREY L. SCHMEHL. Telephone Conference held on 6/13/22. (mas) (Entered: 06/14/2022) |
| 07/12/2022 | 83 | ORDER THAT MR. YANKO, OR ANYONE ELSE WITH KNOWLEDGE OF THE SITUATION, SHALL SUBMIT A SUPPLEMENTAL AFFIDAVIT DETAILING, IF HE OR SHE KNOWS, HOW REPRODUCTIONS OF THE PLAINTIFF'S FORMAT INSTRUCTIONS ALLEGEDLY ENDED UP IN THE PACKAGING FOR HARBORTOWN'S STRUCTURE PICTURE FRAMES, ETC. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 7/12/22. 7/12/22 ENTERED AND COPIES MAILED, E–MAILED.(er) (Entered: 07/12/2022) |
| 07/19/2022 | 84 | AFFIDAVIT in Support re 62 MOTION to Dismiss *Pursuant to July 12, 2022 Order [ECF 83]* filed by HARBORTOWN INDUSTRIES, INC.. (Attachments: # 1 Exhibit Ex A, # 2 Exhibit Ex B, # 3 Exhibit Ex C, # 4 Exhibit Ex D)(GALLI, NICOLE) (Entered: 07/19/2022) |
| 07/26/2022 | 85 | AFFIDAVIT re 83 Order, by MCS Industries Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(LENTZ, GAVIN) (Entered: 07/26/2022) |
| 07/28/2022 | 86 | MOTION to Strike 85 Affidavit *MOTION TO STRIKE MICHAEL PYLES DECLARATION* filed by HARBORTOWN INDUSTRIES, INC..Memorandum, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order)(GALLI, NICOLE) (Entered: 07/28/2022) |
| 08/02/2022 | 87 | ORDER THAT DEFENDANT HARBORTOWN INDUSTRIES INC.S MOTION TO STRIKE THE DECLARATION OF MICHAEL PYLES (DOC. 86 ) IS DENIED AS THE COURT CLEARLY PERMITTED THE PLAINTIFF TO FILE A COUNTER–AFFIDAVIT IN ITS ORDER FILED ON JULY 12, 2022 (ECF 83 ). SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 8/1/22.8/2/22 ENTERED AND COPIES E–MAILED.(mas) (Entered: 08/02/2022) |
| 08/09/2022 | 88 | MEMORANDUM. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 8/9/22. 8/9/22 ENTERED AND COPIES MAILED, E–MAILED.(er) Modified on 8/10/2022 (er). (Entered: 08/10/2022) |
| 08/09/2022 | 89 | ORDER THAT THE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANT HARBORTOWN INDUSTRIES, INC. [DOC. 62] IS GRANTED. IT IS FURTHER ORDERED THAT THE CLERK SHALL SEVER THE PLAINTIFF'S CLAIMS AGAINST DEFENDANT HARBORTOWN INDUSTRIES, INC. FROM THE REST OF THE ACTION AND TRANSFER THOSE CLAIMS ONLY TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 8/9/22. 8/10/22 ENTERED AND COPIES MAILED, E–MAILED.(er) (Entered: 08/10/2022) |
| 08/10/2022 |  | Transferred case to ND–IL using interdistrict transfer functin on ecf as to HARBORTOWN INDUSTRIES, INC. only (er) (Entered: 08/10/2022) |

| 08/10/2022 | 90 | Minute Entry for proceedings held before HONORABLE JEFFREY L. SCHMEHL: Telephone Conference held on 8/10/22. Court Reporter: None. (er) (Entered: 08/10/2022) |
|---|---|---|