

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                          312-435-5670
**Clerk**

Date: 8/11/22

 Counsel of Record

Re: MCS Industries Inc. v. Michaels Stores Inc. et al
USDC Case Number: 22-cv-04216

Dear Counselor:

Our records indicate that you have filed document(s) in the above-entitled cause. Since your
office is not within the jurisdiction of this District, we wish to call your attention to the
requirements of our Local Rule 83.15. This rule states: **RULE 83.15 DESIGNATION OF
LOCAL COUNSEL FOR SERVICE**

**A.     Designation of Local Counsel**
An attorney not having an office within this District shall appear before this Court only
upon having designated, at the time of filing his/her initial notice or pleading, a member
of the bar of this Court having an office within this District upon whom service of papers
may be made. The attorney so designated shall not file a separate appearance unless
he/she is to participate in the case beyond the extent required of an attorney designated
pursuant to this Rule.

**B.     Penalties for Failing to Designate Local Counsel**
Where the nonresident attorney tenders documents without the required designation of
local counsel, the Clerk shall process them as if the designation were filed and shall
promptly notify the attorney in writing that the designation must be made within thirty
(30) days. If the attorney fails to file the designation within that time, the documents filed
by him/ her may be stricken by the court.

**C.     Duties of Local Counsel**
An attorney designated pursuant to this Rule shall be responsible for receiving service of
notices, pleadings and other documents and promptly notifying the designating attorney
of their receipt and contents. In emergencies, the designated attorney may appear on
behalf of the designating attorney. This Rule does not require the designated attorney to
handle any substantive aspects of the litigation (such matters may be handled by the out-
of-district attorney under Local Rules 83.12 or 83.14, as the case may be) or to sign any
pleading, motion or other paper (see Fed. R. Civ. P. 11).

Sincerely yours,
Thomas G. Bruton
By: /s/ A. Ellis
        Deputy Clerk

Rev. 11/29/2016