## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MCS Industries, Inc. v. Michael Stores Inc. et al.

Case Number: 22-cv-04216

An appearance is hereby filed by the undersigned as attorney for:

MCS Industries, Inc.

Attorney name (type or print): Michael S. Elvin

Firm: Barack Ferrazzano Kirschbaum & Nagelberg LLP

Street address: 200 W. Madison St., Suite 3900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6199051
(See item 3 in instructions)

Telephone Number: 312-984-3100

Email Address: michael.elvin@bfkn.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 23, 2022

Attorney signature: S/ Michael S. Elvin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015