# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MCS Industries Inc. v. Michaels Stores Inc. et al

Case Number: 1:22-cv-04216

An appearance is hereby filed by the undersigned as attorney for:
Defendant Harbortown Industries, Inc.

Attorney name (type or print): Jaimin Hemendra Shah

Firm: Taft Stettinius & Hollister LLP

Street address: 111 E. Wacker Dr., Ste 2800

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6322814
(See item 3 in instructions)

Telephone Number: 312-836-4171

Email Address: jshah@taftlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 19, 2022

Attorney signature: S/ Jaimin H. Shah

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015