# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

MCS Industries Inc.

                        Plaintiff,

v.                                                Case No.: 1:22–cv–04216

                                                             Honorable Sara L. Ellis

Michaels Stores Inc, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2022:

    MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the status date set for 9/29/2022 and resets it to 2/15/2023 at 9:30 a.m. The Court sets the following discovery schedule: Rule 26(a)(1) disclosures are due by 10/6/2022; written discovery to issue by 10/6/2022; and fact discovery closes on 2/6/2023. The parties should file a joint status report by 2/8/2023 indicating the status of fact discovery, the status of settlement discussions and whether the parties request a referral to the magistrate judge for settlement purposes, whether the parties require expert discovery prior to dispositive motion practice, and proposed schedules for expert discovery and summary judgment briefing, where applicable. If the parties request a referral to the magistrate judge for settlement purposes prior to the next status date, they should inform the Court and request a referral. Members of the public and media will be able to call in to listen to this hearing. The call–in number is (866) 434–5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.