# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MCS INDUSTRIES, INC., : | |
| : | |
| *Plaintiff,* : | |
| : | Case No. 1:22-cv-04216 |
| v. : | |
| : | HONORABLE SARA L. ELLIS |
| HARBORTOWN INDUSTRIES, INC., : | |
| : | |
| *Defendant.* : | |
| : | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **May 2, 2023 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403, located at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present **Joint Motion to Briefly Stay the Case**, a copy of which is served upon you.

Dated: April 26, 2023   Respectfully submitted,

**HARBORTOWN INDUSTRIES, INC.**

By: /s/ John M. Riccione
One of its attorneys

BARACK FERRAZZANO                    TAFT STETTINIUS & HOLLISTER LLP
KIRSCHBAUM & NAGELBERG LLP,
                                     /s/ John M. Riccione
/s/Michael S. Elvin                  John M. Riccione (lead attorney) (IL Bar No.
Michael S. Elvin                     6209375)
200 West Madison St. Suite 3900,     Brianna Skelly (IL Bar No. 6298677)
Chicago, IL 60606                    Marcus S. Harris (IL Bar No. 6269909)
T: (312)-984-3109                    Jaimin H. Shah (IL Bar No. 6322814)
michael.elvin@bfkn.com               Roshan P. Shrestha (IL Bar. No. 6306997)
                                     111 East Wacker, Suite 2800
*Of Counsel*                         Chicago, IL 60601

| | |
|---|---|
| BOCHETTO & LENTZ, P.C.<br>/s/ Gavin P. Lentz, Esquire (53609)<br>Peter R. Bryant, Esquire (312328)<br>Kean C. Maynard (327794)<br>1524 Locust Street Philadelphia, PA 19102<br>(215) 735-3900<br>glentz@bochettoandlentz.com<br>pbryant@bochettoandlentz.com<br>kmaynard@bochettoandlentz.com<br><br>*Attorneys for Plaintiff* | T: (312) 527-4000<br>F: (312) 527-4011<br>jriccione@taftlaw.com<br>bskelly@taftlaw.com<br>mharris@taftlaw.com<br>jshah@taftlaw.com<br>rshrestha@taftlaw.com<br><br>*Attorneys for Harbortown Industries, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 26, 2023, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ John M. Riccione

90096075v1