## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MCS Industries Inc.
                          Plaintiff,

v.                                                     Case No.: 1:22–cv–04216
                                                      Honorable Sara L. Ellis

Michaels Stores Inc, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 31, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: In light of the parties' scheduled mediation for 8/3/2023, the Court strikes the status date set for 8/1/2023 and resets it to 9/20/2023 at 9:30 AM. The Court continues the stay through the next status date. The parties should file a joint status report by 9/13/2023 regarding the status of settlement and a proposed discovery schedule, if applicable. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.